UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re Sealed Search Warrant        CASE NO. 3:17-mj-1649 (SALM)

October 18, 2021

RESPONSE RE: COURT'S ORDER AT DOCKET ENTRY 12

The individual that was the target of the applications in this case was charged with drug offenses at or around the time of these applications. The drug offenses, however, stemmed from an older, and completely unrelated, state court warrant. This state warrant predated the applications at issue in this case. The charges leveled at the target in that state case were not based, *at all*, on any information gathered from these applications or the pending Title III investigation. Moreover, the arrest of the target at the point by state law enforcement was not coordinated with the FBI's investigation and, in fact, was unexpected. Thus, while it is true that the target was charged with drug offenses, undersigned counsel believes there is a reasonable argument the target still has a legitimate privacy interest in a prior federal investigation that did not result in any charges from that federal investigation.

Undersigned counsel apologizes for failing to fully explain this in his prior submission to the Court. Should the Court desire additional details, undersigned counsel would be happy to speak with the Court.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY


/s/
David C. Nelson
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Federal Bar No. ct25640
David.C.Nelson@usdoj.gov